BWB:PTH
F. #2014R01809

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

    - against -                                  Docket. No. 14 CR 601 (SJ)

MONTELL OLIVER,

        Defendant.

- - - - - - - - - - - - - - - - - - -X

THE GOVERNMENT'S EXHIBIT LIST

                                        KELLY T. CURRIE
                                        ACTING UNITED STATES ATTORNEY
                                        Eastern District of New York
                                        271 Cadman Plaza East
                                        Brooklyn, New York 11201

PATRICK T. HEIN
Assistant United States Attorney
    (Of Counsel)

| Exhibit # | Description | ID | Evidence |
|---|---|---|---|
| 1 | Cocaine | | |
| 2a | Photo of Automated Passport Control Kiosks | | |
| 2b | Photo of Primary Inspection Area | | |
| 2c | Photo of Baggage Carousel Area | | |
| 2d | Photo of Customs Control Point | | |
| 2e | Photo of Secondary Baggage Exam Area | | |
| 2f | Photo of Search Room | | |
| 3 | Defendant's Passport | | |
| 4 | Defendant's Customs Declaration | | |
| 5 | Defendant's Backpack | | |
| 5a | Contents of Defendant's Backpack | | |
| 6 | Defendant's Roller Bag | | |
| 6a | Contents of Defendant's Roller Bag | | |
| 7 | Roller Bag Tag | | |
| 8 | Customs Surveillance Video | | |
| 9a | Photo of roller bag | | |
| 9b | Photo of punctured bottom of roller bag | | |
| 9c | Photo of false bottom containing drugs | | |
| 9d | Photo of drugs outside of false bottom | | |
| 9e | Photo of drugs being weighed | | |
| 10a | DEA Lab Report | | |
| 10b | DEA Case Details Report | | |

| Exhibit # | Description | ID | Evidence |
|---|---|---|---|
| 10c | DEA Instrument Data | | |
| 11 | Copa Airlines Travel Records | | |
| 12 | Bank of America Records | | |
| 13 | Starwood Hotel Records | | |
| 14 | Consolidated Edison of New York Records | | |
| 15 | Solomon & Solomon P.C. Records | | |
| 16 | TransUnion Records | | |
| 17 | Bag of Sand | | |
| 18 | Photo of Irish Spring Soap | | |
| 19 | Photo of Protex Soap | | |